RECEIVED
DEC 17 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FRONTLINE PETROLEUM TRAINING SYSTEM, LLC | CIVIL ACTION NO. 6:13-cv-01259 |
| VERSUS | JUDGE DOHERTY |
| PREMIER SAFETY MANAGEMENT, INC. AND CHRISTOPHER M. EDWARDS | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 7), which was filed by defendant Premier Training Systems, LLC is DENIED, consistent with the report and recommendation.

Lafayette, Louisiana, this 16 day of December, 2013.

Rebecca F. Doherty
United States District Judge